■ ROBERT VON ANCKEN, Appellant, v RONALD GILBERT, Respondent.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about December 28, 1989, unanimously affirmed for the reasons stated by Myriam Altman, J., without costs. No opinion. Concur—Murphy, P. J., Rosenberger, Wallach, Kupferman and Smith, JJ.